IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EZRA JONES                                                                   PLAINTIFF

VS.                             CASE NO. 4:14-CV-4056

WARDEN BRAZELL;
and SHERIFF RON STOVALL                                DEFENDANTS

## ORDER

       Before the Court is the Report and Recommendation filed February 5, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 16). Judge Bryant recommends that Plaintiff's Complaint be dismissed as moot and that Plaintiff's Motion for Injunction (ECF No. 6) and Defendants' Motion to Dismiss (ECF No. 7) be terminated.

       The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint is hereby **DISMISSED**.

       **IT IS SO ORDERED**, this 25th day of February, 2015.

                                                       /s/ Susan O. Hickey
                                                       Susan O. Hickey
                                                       United States District Judge